MATTER OF SHAO

In Visa Petition Proceedings

A-13743889

*Decided by District Director August 29, 1966*

Since an economist is a member of the professions within the meaning of section 101(a)(32), Immigration and Nationality Act, as amended by P.L. 89-236, and since beneficiary, who has a master's degree in economics, is a qualified economist, a visa petition is approved to accord him preference classification under section 203(a)(3) of the Act, as amended.

The petition was filed to classify the beneficiary as a preference immigrant under section 203(a)(3) of the Immigration and Nationality Act, as amended, as a member of the professions based upon his qualifications as an economist.

The beneficiary is a 26-year-old male, citizen of China, who is presently residing in Wilmette, Illinois. He completed a two-year course in accounting at Chengkung University, Tainan, Taiwan in 1962. He then completed a one-year course in economics at Tak Ming College, Kowloon, Hong Kong in 1963. He received a bachelor's degree in business administration from Ohio University in 1964 and his master's degree in economics from the University of Kansas in 1965. Since August 24, 1965, the beneficiary has been employed as a management trainee in the controller department of the General Finance Corporation in Evanston, Illinois, completing practical training.

Economists are listed among professional occupations under code 0-36.11 in the Dictionary of Occupational Titles, Volume II, second edition, prepared by the United States Department of Labor. In the third edition of publication, economists are listed under professional, technical, and managerial occupations, code 050.088. Economists conduct research, prepare reports, and formulate plans to aid in the solution of economic problems arising from production and distribution of goods and services. They devise methods of collecting and processing economic and statistical data and compile, or-

ganize and interpret such data. They also advise industrial concerns and government agencies on matters such as operating efficiency, marketing methods and fiscal problems. The Occupational Outlook Handbook, 1966–67 edition, of the United States Department of Labor, states that a bachelor's degree in economics is sufficient for many beginning research jobs in government and private industry, although persons employed in such jobs are not always regarded as professional economists. The master's degree in economics is generally required for appointment as a college instructor. In government or private industry, economists with the master's degree can usually qualify for more responsible positions than are open to those with only the bachelor's degree.

In *Matter of Shin*, Interim Decision #1606, it was determined that a financial economist who had earned a master's degree in economics was qualified for classification as a member of the professions. For the reasons discussed in that decision it is concluded that persons with advanced degrees in economics, as well as persons with bachelor's degrees in economics supplemented by further study or training in that field, may be considered as members of a profession. The beneficiary in the instant case with a master's degree in economics is qualified as a professional economist. Therefore, the petition will be approved.

*It is ordered* that the petition be and the same is hereby approved.